

2600 Eagan Woods Dr, Suite 400     60 East 42nd Street, 46th Floor
St. Paul, MN 55121                 New York, NY 10165
651-406-9665                       212-267-7342

| | |
|---|---|
| Defendant: | **Joele Frank, Wilkinson Brimmer Katcher** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081455 | $40,000.00 | 12/13/2019 | 35951 | 12/9/2019 | $40,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081040 | $110,000.00 | 11/14/2019 | 35741 | 11/12/2019 | $35,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081040 | $110,000.00 | 11/14/2019 | 35709 | 11/8/2019 | $75,000.00 |

**Totals:**     **2 transfer(s),**    **$150,000.00**

Joele Frank, Wilkinson Brimmer Katcher (2266349)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021        Exhibit A        P. 1