**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HRB WINDDOWN, INC.*, et al.*,[1] | Case No. 19-12689 (BLS) |
| Debtors. | (Jointly Administered) |
| Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust, | |
| Plaintiff, | |
| vs. | Adv. No. 21-51357 |
| Joele Frank, Wilkinson Brimmer Katcher, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust (the "Plaintiff" or "Trustee"), and Joele Frank, Wilkinson Brimmer Katcher (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [Dkt. 1] is hereby further extended to and including April 18, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167). The mailing address for each of the Debtors is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

2. In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any issues relating to service of process of the Summons and Complaint.

Dated: March 14, 2022

**Bielli & Klauder, LLC**

/s/ *David M. Klauder*
David M. Klauder, Esq. DE Bar No. 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email:kcasteel@askllp.com

*Counsel for Plaintiff*

Dated: March 14, 2022

/s/ *Adam M. Levy*
Adam M. Levy
DAVIS+GILBERT LLP
1675 Broadway
New York, New York 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
Email: alevy@dglaw.com

*Counsel for Defendant*